UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIRST LOOK MEDIA WORKS, INC.,<br>114 Fifth Ave.<br>18th Floor<br>New York, NY 10011,<br><br>       PLAINTIFF<br>   vs.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>245 Murray Ln., SW,<br>Washington, DC 20528<br><br><br>      DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Judge _____<br>   Civil Action No. _____ |

## COMPLAINT

### THE PARTIES

1.      Plaintiff First Look Media Works, Inc. is the non-profit journalism arm of First Look Media, which has its principal place of business in New York, New York.    First Look Media Works is a federally-recognized 501(c)(3) tax-exempt organization devoted to supporting independent voices across all platforms through fearless investigative journalism and documentary filmmaking. First Look Media Works publishes The Intercept, an award-winning online news and journalism platform.

2.      Plaintiff seeks access to certain public records to write popular news articles for distribution to the general public.

3.      Defendant Department of Homeland Security (DHS) is an agency of the United States.

4.      U.S. Immigration and Customs Enforcement (ICE) is a component of Defendant DHS.

5.      ICE has possession, custody and control of the records Plaintiff seeks.

## JURISDICTION AND VENUE

6.      This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

7.      This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

8.      Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

### BACKGROUND

9.   Ali Winston, an independent reporter and agent of First Look Media Works, has researched and reported on gang databases since 2014. The ICEGangs database and GangNet software platform are the subject of his reporting because of the unknown number of individuals entered into this system, the questionable accuracy of the law enforcement intelligence contained in those files (see: https://www.documentcloud.org/documents/3010637-CalGang-Audit.html), and the expenditure of public funds on the maintenance of this enterprise system. Other public entities operating GangNet-based systems similar to ICEGangs, such as California's CalGang database, have produced data and documentation in response to open records requests from Mr. Winston.

## PLAINTIFF'S FOIA REQUEST

10.     On May 23, 2016, Plaintiff, by and through its agent Ali Winston, submitted a FOIA request to ICE via email for certain records relating to the ICEGangs database and the GangNet software platform. The request sought a waiver of fees and asked that Plaintiff be considered a member of the news media for fee purposes.

11.     In email dated June 9, 2016, ICE acknowledged receipt of Plaintiff's FOIA request and assigned it tracking number 2016-ICFO-38170. The email further indicated that ICE would not process Plaintiff's FOIA request because it "is too broad in scope, did not specifically identify the records which you are seeking, or only posed questions to the agency."

12.     On June 15, 2016, Plaintiff, by and through its agent Ali Winston, administratively appealed ICE's action on the FOIA request.

13.     As of the filing of this Complaint, Plaintiff has not received any response from ICE with a final determination as to the appeal.

14.     Because more than 20 business days have elapsed without a final determination on the administrative appeal, Plaintiff is deemed to have exhausted its administrative remedies.

### COUNT I:
### VIOLATION OF FOIA

15.     This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

16.     ICE has improperly withheld records responsive to FOIA request tracking number 2016-ICFO-38170.

17.     ICE has improperly failed to grant or even rule on Plaintiff's request for a fee waiver associated and its request to be treated as a member of the news media for fee purposes.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order ICE to immediately disclose the records being wrongfully withheld without payment or search or duplication fees;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

  /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*