UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIRST LOOK MEDIA WORKS, INC., </br></br> Plaintiff, </br></br> v. </br></br> DEPARTMENT OF HOMELAND SECURITY, </br></br> Defendant. | Civil Action No. 1:16-cv-2165 (TJK) |

## SETTLEMENT AGREEMENT

Plaintiff First Look Media Works, Inc. ("plaintiff") and defendant Department of Homeland Security ("defendant"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1.  Defendant shall pay plaintiff the amount of thirty-thousand four hundred U.S. dollars ($30,400.00) in total for attorney's fees, costs, and litigation expenses. This payment shall constitute full and final satisfaction of any and all of plaintiff's claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest. This payment shall be made by electronic transfer of funds to plaintiff's undersigned counsel Jeffrey L. Light.

2.  To facilitate such payment, within ten (10) days after this Settlement Agreement is fully executed and delivered, plaintiff's shall provide the following information to defendant's counsel by e-mail: Payee's name, Payee's Mailing Address, Payee's Tax Identification Number, Bank Name, Bank Routing Number, Payee's Bank Account Number, and Payee's Bank Account Type (Checking or Savings).

-1-

3. Upon execution of this Settlement Agreement, plaintiff hereby releases and forever discharges defendant and its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

4. The parties acknowledge that this Settlement Agreement is entered into solely for the purpose of settling and compromising plaintiff's claim for costs, fees, and expenses in this action without further litigation, and it shall not be construed as evidence or as an admission regarding any issues of law or fact in this action, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by either party regarding plaintiff's entitlement to attorney's fees and other litigation costs under the Freedom of Information Act.  This Settlement Agreement shall not be used in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding.

5. This Settlement Agreement fully and completely expresses the entire understanding among the parties on the subject matter hereof and cannot be modified or amended except by an instrument in writing signed by the parties. No statement, remark, agreement or understanding, oral or written, which is not contained herein, shall be recognized or enforced.

6.      This Settlement Agreement may be executed in counterparts, and is effective on the date by which both parties have executed this Agreement.

SO STIPULATED AND AGREED this 24th day of July 2018.

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By: ___/s/_____
CLAIRE M. WHITAKER, D.C. Bar #354530
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E-4216
Washington, D.C. 20530
(202) 252-2526
Claire.Whitaker@usdoj.gov

*Counsel for Defendant*

_____/s/_____
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*